UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FILED
2021 JAN 13 PM 2:17
U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | (One Count) |
| v. | ) | Case No.: 3:21-cr-4-JD-M66 |
| | ) | |
| KENNETH T. GRIFFIN | ) | 18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES:**

In or around January of 2020, in the Northern District of Indiana,

**KENNETH T. GRIFFIN,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having been shipped and transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense set forth in the Indictment, the defendant, **KENNETH T. GRIFFIN,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Dated: January 13, 2021

A TRUE BILL:

*s/ Foreperson*
_____
Grand Jury Foreperson

APPROVED BY:

GARY T. BELL
ACTING UNITED STATES ATTORNEY

*s/ Jerome W. McKeever*
By: _____
Jerome W. McKeever
Assistant United States Attorney